UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

OTHA LOCKETT,

      Plaintiff,

CASE NO.: 12-CV-02396

v.

ENHANCED RECOVERY COMPANY, LLC
and PALISADES COLLECTION, LLC,

      Defendants.
_____/

## NOTICE OF PENDING SETTLEMENT

Defendant, Palisades Collection, LLC (Palisades), through counsel, hereby submits this Notice of Pending Settlement and states that Palisades and plaintiff, Otha Lockett, (collectively referred to as "the parties") have reached a verbal settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

Respectfully Submitted,

/s/ Rachel A. Morris
Rachel A. Morris, Esq.
Florida Bar No.: 091498
Dayle M. Van Hoose, Esq.
Florida Bar No. 0016277
Kenneth C. Grace, Esq.
Florida Bar No.: 0658464
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
3350 Buschwood Park Drive, Suite 195
Tampa, Florida 33618-4317
Telephone: (813) 890-2469
Facsimile: (866) 466-3140

1

rmorris@sessions-law.biz
dvanhoose@sessions-law.biz
kgrace@sessions-law.biz

Attorneys for Palisades Collection, LLC

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 6th day of November, 2012 a copy of the foregoing document was filed via ECF providing notice to

Michael J. Vitoria, Esq.
Morgan & Morgan, Tampa, P.A.
One Tampa City Center
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Counsel for plaintiff

Michele Martin, Esq.
Smith, Gambrell & Russell, LLP
50 North Laura Street, Suite 2600
Jacksonville, FL 32202
Counsel for Defendant, Enhanced Recovery Company, LLC


/s/ Rachel A. Morris
Attorney


939600