UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

OTHA LOCKETT,

Plaintiff,

CASE NO.: 8:12-CV-02396-VMC-TBM

-vs-

ENHANCED RECOVERY COMPANY, LLC
and PALISADES COLLECTION, LLC,

Defendants.
_____/

## MOTION TO ENFORCE SETTLEMENT AND FOR DAMAGES AND ATTORNEY'S FEES AND COSTS

COMES NOW the Plaintiff, OTHA LOCKETT, by undersigned counsel, and moves this Honorable Court to compel the Defendant, ENHANCED RECOVERY COMPANY, LLC ("ENHANCED"), to abide by the terms and conditions of the Settlement Agreement and Mutual Release entered into by the parties in this action. In support of his Motion, Plaintiff would respectfully show:

1. On January 29, 2013, the Plaintiff, OTHA LOCKETT, and Defendant, ENHANCED, reached a settlement in the above matter.

2. Pursuant to the a mutual agreement of both parties, it was agreed and relied upon that the full settlement sum would be processed in approximately 10 days from Defendant's receipt of Plaintiff's signed Settlement Agreement, which was emailed to Defendant's counsel on February 19, 2013, making the settlement check due on March 4, 2013.

3. Plaintiff's counsel has contacted Defendant's counsel on the status of the settlement check by phone on March 4, 2013, March 5, 2013 and by email on March 7, 2013, all without receiving any response from Defendant's counsel.

4. To date the Plaintiff has not receive the settlement funds from the Defendant and has attempted to receive such without filing this Motion.

5. Plaintiff has detrimentally relied upon the agreement of ENCHANCED to provide the check and will now suffer financial consequences.

WHEREFORE, Plaintiff respectfully requests that this Honorable Court enter an Order enforcing the Defendant to abide by the terms and conditions of the Settlement Agreement and Mutual Release in this matter, to pay damages caused by the breach and to pay attorney fees and costs associated with this Motion and any other relief deemed necessary in the pursuit of justice.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. Mail this 12th day of March, 2013 to: Michele F. Martin, Esq., Smith, Gambrell & Russell, LLP, 50 N. Laura Street, Suite 2600, Jacksonville, FL 32202; mmartin@sgrlaw.com;tgreene@sgrlaw.com.

/s/ Michael J. Vitoria

Michael J. Vitoria, Esquire
Morgan & Morgan, Tampa, P.A.
One Tampa City Center
Tampa, FL 33602
Tele: (813) 223-5505
Fax: (813) 223-5402
Florida Bar #: 0135534
MVitoria@forthepeople.com
AFloyd@forthepeople.com
KReynolds@forthepeople.com
Attorney for Plaintiff