UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

OTHA LOCKETT,

Plaintiff,

CASE NO.: 8:12-CV-02396-VMC-TBM

-vs-

ENHANCED RECOVERY COMPANY, LLC
and PALISADES COLLECTION,
LLC,

Defendants.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties, OTHA LOCKETT and ENHANCED RECOVERY COMPANY, LLC, file this joint stipulation of dismissal with prejudice and state that the Plaintiff, OTHA LOCKETT, dismisses all claims against Defendant, ENHANCED RECOVERY COMPANY, LLC, with prejudice. Each party is to bear its own fees and costs. The case was resolved via mutually agreeable settlement.

| /s/ Scott Gallagher | /s/ Michael Vitoria |
|---|---|
| Scott Gallagher, Esquire | Michael J. Vitoria, Esquire |
| Florida Bar No.: 0371970 | Florida Bar No.: 0135534 |
| Gambrell & Russell, LLP | Morgan and Morgan, P.A. |
| 50 North Laura Street, Suite 2600 | 201 North Franklin Street, 7th Floor |
| Jacksonville, FL 36602 | Tampa, FL 33602 |
| Tel: (904) 598-6100 | Tel: (813) 223-5505 |
| Fax: (904) 598-6231 | Fax: (813) 223-5402 |
| Email: sgallagher@sgrlaw.com | Email: mvitoria@forthepeople.com |
| Attorney for Defendant Enhanced Recovery Company, LLC | Attorney for Plaintiff |